**FILED**
CLERK, U.S. DISTRICT COURT

08/04/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____JBB_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ARTURO CEJA III,<br>  aka "Autron,"<br><br>        Defendant. | CR No. 2:21-cr-00354-FMO-1<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 842(a)(3)(A):<br>Transportation of Explosives<br>Without a License] |

The Acting United States Attorney charges:

[18 U.S.C. § 842(a)(3)(A)]

On or about June 28, 2021, in Los Angeles County, within the Central District of California, and elsewhere, defendant ARTURO CEJA III, also known as "Autron," knowingly transported, shipped, and caused to be transported, in interstate commerce, explosive

///

///

materials, namely, flash powder, without a license issued under Chapter 40 of Title 18 of the United States Code.

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

MARK A. WILLIAMS
Assistant United States Attorney
Chief, Environmental and
Community Safety Crimes Section

DENNIS MITCHELL
Assistant United States Attorney
Deputy Chief, Environmental and
Community Safety Crimes Section

AMANDA M. BETTINELLI
ERIK M. SILBER
Assistant United States Attorneys
Environmental and Community
Safety Crimes Section