# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

FILED
CLERK, U.S. DISTRICT COURT
08/04/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: JBB DEPUTY

Case Number: 2:21-cr-00354-FMO-1
Defendant Number: 1
U.S.A. v. Arturo Ceja III
Year of Birth: 1995
[ ] Indictment  [✓] Information
Investigative agency (FBI, DEA, etc.): ATF and DOT-OIG

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: On or about June 28, 2021

c. County in which first offense occurred
Los Angeles County

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[✓] Los Angeles  [ ] Ventura
[ ] Orange  [ ] Santa Barbara
[ ] Riverside  [ ] San Luis Obispo
[ ] San Bernardino  [ ] Other

Citation of Offense: 18 USC 842(a)(3)(A): transportation of explosives without a license

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No  [ ] Yes
If "Yes," Case Number: 

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: July 2, 2021
Case Number: 2:21 MJ 03161
Assigned Judge: Not assigned - Duty Mag Judge MacKinnon
Charging: 18 USC 842(a)(3)(A):Transport Explosive w/out Licens

The complaint/CVB citation:
[✓] is still pending
[ ] was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No  [✓] Yes
IF YES, provide Name: Mr. Matthew Lombard, Esq.
Phone Number: (310) 399-3259

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*  [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [ ] No
This is the _____ superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on:

Case Number 

The superseded case:
[ ] is still pending before Judge/Magistrate Judge

[ ] was previously dismissed on 

Are there 8 or more defendants in the superseding case?
[ ] Yes*  [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*  [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes  [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male  ☐ Female
☑ U.S. Citizen  ☐ Alien

Alias Name(s): aka "Autron"

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☐ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud  ☐ public corruption
☐ government fraud  ☐ tax offenses
☑ environmental issues  ☐ mail/wire fraud
☐ narcotics offenses  ☐ immigration offenses
☐ violent crimes/firearms  ☐ corporate fraud
☐ Other  Transport of Explosives Without a License

**CUSTODY STATUS**

<u>Defendant is **not in custody**</u>:

a. Date and time of arrest on complaint: July 3, 2021
b. Posted bond at complaint level on: July 6, 2021
   in the amount of $ $25,000
c. PSA supervision?  ☑ Yes  ☐ No
d. Is on bail or release from another district: _____

<u>Defendant is **in custody**</u>:

a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal, U.S. Marshals Service Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  __20__  __21__  __40__

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date: 8/4/2021

Signature of Assistant U.S. Attorney
Amanda M. Bettinelli
Print Name