

FILED
CLERK, U.S. DISTRICT COURT
AUG 17 2021
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>Arturo Ceja III<br><br>DEFENDANT | PLAINTIFF | CASE NUMBER:<br>21-CR-00354 |
|---|---|---|
| | | **WAIVER OF INDICTMENT** |

I, _____Arturo Ceja III_____, the above-named defendant, who is accused of _____Transporting explosive materials witout a license_____, in violation of _____§ 842(a)(3)(A)_____, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _____August 17, 2021_____, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

Date  8/17/21                                Defendant  Art Ceja

Date  8/17/21                                Counsel for Defendant

Date  8/17/21                         Before:  Judicial Officer

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

Date                                            Interpreter

CR-57 (06/14)                          WAIVER OF INDICTMENT