AMANDA M. BETTINELLI (Cal. Bar No. 233927)
Assistant United States Attorney
312 North Spring Street
Los Angeles, California 90012
Telephone:(213) 894-0470

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 21-354-FMO |
| v. | |
| ARTURO CEJA III, aka "Autron," | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

EX PARTE APPLICATION FOR ORDER SEALING DOCUMENT; [PROPOSED] ORDER SEALING DOCUMENT; DOCUMENT UNDER SEAL; [PROPOSED] ORDER

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| December 8, 2021 | AMANDA M. BETTINELLI |
|---|---|
| Date | Attorney Name |
| | UNITED STATES OF AMERICA |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**